UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | NO. 23-CR-381 (TSC) |
| | : | |
| **GRAHAM ASH** | : | |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND TOLL SPEEDY TRIAL

Defendant Graham Ash, through undersigned counsel, with the consent of government counsel, respectfully moves this Court to continue the status conference set for Thursday, November 14, 2024, and toll speedy trial until the next status conference, no earlier than the week of November 25, 2024.

The government and defense counsel are engaged in plea negotiations and agree that additional time is necessary for continued negotiations regarding a potential pretrial disposition. Mr. Ash also agrees that tolling the speedy trial act until the next status conference is appropriate to give him time to continue negotiations with the government. To the extent a final plea agreement is reached, the parties will provide the documents to the Court prior to the plea hearing and notify the Court of the intention to convert the hearing to a change of plea hearing.

Counsel has conferred with government counsel and both are available the morning of Tuesday, November 26, 2024 or Wednesday, December 4, 2025 from 10am-12pm. If neither of those times work for the Court, the parties can propose additional dates and times.

For the foregoing reasons, Mr. Ash moves the Court to: vacate the status conference currently set for November 14, 2024; set a status conference no earlier than the week of November 25, 2024; and toll time under the Speedy Trial Act until the next status conference.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
DIANE SHREWSBURY
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | NO. 23-CR-381 (TSC) |
| | : | |
| **GRAHAM ASH** | : | |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Continue Status Conference and Toll Speedy Trial, it is hereby ORDERED that the status hearing date of November 14, 2024 is vacated; it is

FURTHER ORDERED a status conference is scheduled for _____, 2024 at _____ a.m./p.m.; and it is

FURTHER ORDERED that time under the Speedy Trial Act is excluded until the date of the next status conference.

Date:_____                    _____
                                          THE HONORABLE TANYA S. CHUTKAN
                                          UNITED STATES DISTRICT COURT JUDGE