March 27, 2025

The Honorable Tanya S. Chutkan
United States District Court Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

Dear Judge Chutkan,

We are writing to you as the parents of our son, Graham Ash, to provide insight into his character and the values he has lived by throughout his life. While acknowledging the seriousness of the current circumstances, we respectfully ask for your consideration of Graham's past contributions, personal challenges, and the kindness he has shown to others.

Graham grew up in a typical middle-class, two-parent family in Central Florida. As a young child, Graham was diagnosed with ADHD and learning disabilities, which resulted in him being placed in exceptional education classes during elementary and middle school. Determined to succeed academically, he mainstreamed into regular classes during high school and graduated with pride and a sense of accomplishment.

At the age of 19, Graham took an important step in his journey by moving to Alabama to live with extended family. It was there that Graham discovered his passion for service as a volunteer firefighter. This experience inspired him to dedicate his life to helping others and he became an EMT, working on an ambulance for several years. It was also during this time that he enrolled in college, earning an associate's degree at the University of Alabama in Birmingham. Considering the difficulties he had during his years in primary education, we are exceedingly proud of this accomplishment.

Graham's hard work and dedication also led him to a career as a lab technician in the microbiology department at a nationally respected laboratory, where his contributions were valued and significant. He worked many long hours and worked his way up into a lead position at the lab. He has held several other jobs where he worked equally as hard and did whatever was asked of him. We are very proud of his accomplishments and work ethic as it is a reflection of our own.

Throughout his life, Graham has been a loyal friend and a devoted family member. He was often generous (sometimes *too* generous) with his time and gifts, as he was quick to lend a helping hand or offer support to anyone who asked. These qualities have been a source of pride for our family and a reflection of the values we hold dear as we support a number of community organizations that provide services to those in need.

We are deeply aware of the challenges Graham currently faces, and we assure you that this situation is an aberration in his life. We believe that his past actions, character, and potential to contribute positively to society deserve consideration in determining the next steps for his future.

Thank you for taking the time to read this letter. We hope it provides a fuller picture of the compassionate and driven individual Graham truly is.

Sincerely,

*Gerald Ash*
*Natalee Ash*

Gerald and Natalee Ash
13009 Sandy Pine Lane
Clermont, FL 34711